# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-cr-00435-CAB |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| LAURA SUE STACEY, | |
| Defendant. | |

Based upon the United States' Motion to Dismiss, for the reasons set forth therein, and good cause appearing, IT IS HEREBY ORDERED THAT:

The United States' Motion is GRANTED, and the Indictment is dismissed without prejudice.

IT IS FURTHER ORDERED the warrant for arrest shall be recalled.

IT IS SO ORDERED.

DATED: May 23, 2022

_____
HONORABLE CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE